```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


BENNY PRITCHETT, ET AL.                      CIVIL ACTION

VERSUS                                       NO: 06-9550

GENERAL INSURANCE COMPANY OF                 SECTION: "J"(2)
AMERICA, ET AL.
```

### ORDER AND REASONS

Before the Court is Plaintiff's **Motion to Remand (Rec. Doc. 2)**. General Insurance Company of America ("GICA") opposed this motion, which was set for hearing on the briefs on January 17, 2007. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that, for the same reasons set forth by the undersigned in <u>Southall v. St. Paul Travelers Ins. Co.</u>, 2006 WL 2385365 (E.D. La. Aug. 16, 2006) in its discussion of amount in controversy, GICA has not shown that the amount in controversy exceeds $75,000.  As the undersigned noted in <u>Southall</u>, "Although in this case, Plaintiffs assert that their residence was severely damaged, no estimates of the amount of damages are given - and this Court cannot simply assume "severe" damage means the damages will exceed the $75,000 jurisdictional requirement."  <u>Id.</u> at *4.  In this case, Plaintiff did not even indicate that the damages were "severe."

Further, GICA's assertions of jurisdiction under the

Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA") fail for the same reasons set forth by the undersigned in <u>Southall</u>.  Thus, this case should be remanded to the Civil District Court for the Parish of Orleans.  Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Rec. Doc. 2)** should be and hereby is **GRANTED IN PART AND DENIED IN PART.** This case is hereby remanded to the Civil District Court for the Parish of Orleans.  No attorney's fees shall be imposed upon Defendants.

New Orleans, Louisiana this 23rd day of January, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE